RUTH FALLS MILLER,   )
HOWARD J. MILLER,    )
                     )
   Plaintiffs,       )
                     )
v.                   )   CV418-281
                     )
KENNETH E. FOWLER, *et al*, )
                     )
   Defendants.       )

## ORDER

Savannah residents Ruth Falls-Miller and Howard Miller bring this 42 U.S.C. § 1983 action against Kenneth Fowler, a former Twiggs County probate judge[1] and the current Chairman of the Twiggs County Board of Commissioners, Twiggs County probate judge Gary Nobles, and Twiggs County itself for "multiple intentional tortious actions." Doc. 1 at 3 & 4 (listing a litany of "violations" occurring before Fowler was removed from the bench in 2010, the consequences of which were brought to Nobles' and the Board's attention and summarily ignored).

Because these claims arise from events that took place in Twiggs County, the proper forum for this case is the United States District Court for the Middle

---

[1] Fowler was permanently removed from the bench and barred from seeking elected or appointed judicial office by the Georgia Supreme Court for, *inter alia*, "incompetence" and "misconduct." *Inquiry Concerning Kenneth E. Fowler*, 287 Ga. 467 (2010).

District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 28 U.S.C. § 90(b)(2) (Twiggs County is in the Macon Division of the Middle District). The Clerk is **DIRECTED** to transfer this case to the Middle District for all further proceedings.

**SO ORDERED**, this 3rd day of December, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA